**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No. 2:16-cv-00571-APG-GWF |
| Plaintiff, | **ORDER DENYING MOTION FOR LEAVE TO FILE EXCESS PAGES AND STRIKING OVERSIZED BRIEF** |
| v. | |
| SOMMERSET HOMEOWNERS ASSOCIATION, *et al.*, | (ECF Nos. 31, 33) |
| Defendants. | |

Defendant Alessi & Koenig, LLC moves for leave to exceed the page limit imposed by Local Rule 7-3(b) in order to file a 49-page brief in support of its declaration of non-monetary status. Alessi & Koenig has not shown good cause to exceed the page limit, and certainly not by more than double the page limit. LR 7-3(c). The filing of a declaration of non-monetary status does not require extensive briefing, and the memorandum is replete with unnecessary history, commentary, and argument.

IT IS THEREFORE ORDERED that defendant Alessi & Koenig, LLC's motion for leave to file excess pages **(ECF No. 31) is DENIED**.

IT IS FURTHER ORDERED that defendant Alessi & Koenig, LLC's motion for order granting non-monetary status **(ECF No. 33) is STRICKEN**.

DATED this 3rd day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE