1  H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
2     E-Mail: Sunny.Jeong@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
3  6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
4  702.893.3383
FAX: 702.893.3789

5

6

7

8                          DISTRICT COURT

9                      CLARK COUNTY, NEVADA

10

11  Nationstar Mortgage LLC,                    | CASE NO. 2:16-cv-00571-APG-GWF

12          Plaintiff,

13      vs.                                      | **EX PARTE MOTION TO WITHDRAW
AND REMOVE COUNSEL FROM
SERVICE LIST**

14  Sommerset Homeowners Association, et al.,

15          Defendants.

16

17        H. Sunny Jeong, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH, LLP,

18  brings this Ex Parte Motion to Withdraw and Remove Counsel from the CM/ECF Service List and

19  Mailing Matrix.  While affiliated with the law firm LIPSON, NEILSON, COLE, SELTZER &

20  GARIN, P.C. ("LNCSG"), Counsel previously represented Defendant Sommerset Homeowners

21  Association ("Defendant") in this matter.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4849-5210-3733.1

1    Counsel is no longer affiliated with LNCSG, no longer represents Defendant, and has no

2  further need to receive CM/ECF notifications in this case.  Because LNCSG still represents

3  Defendant, no parties are prejudiced by this withdrawal.

4         DATED this 3rd day of August, 2016

5                                          LEWIS BRISBOIS BISGAARD & SMITH LLP

6

7                              By      /s/ H. Sunny Jeong
                                       H. SUNNY JEONG, ESQ.
8                                      Nevada Bar No. 12981
                                       6385 S. Rainbow Boulevard, Suite 600
9                                      Las Vegas, Nevada 89118
                                       Tel. 702.893.3383
10

11

12  IT IS SO ORDERED.

13  Dated this __4th__ day of August, 2016

14

15  _____
                                       UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4849-5210-3733.1                            2