**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | ) |
| Plaintiff, | ) Case No. 2:16-cv-00571-APG-GWF |
| vs. | ) **ORDER** |
| SOMMERSET HOMEOWNERS ASSOCIATION, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Notice of Disassociation (ECF No. 41), filed on December 19, 2016.

Counsel for Plaintiff represents that Miles N. Clark, Esq. is no longer associated with the law firm of Akerman LLP. Therefore, counsel requests that Mr. Clark be removed as attorney of record for Plaintiff. Counsel also indicates that Mr. Clark's withdrawal will not delay or prejudice the proceedings in this matter because Plaintiff will continue to be represented by attorneys Ariel Stern, Esq., Rex D. Garner, Esq. and Rebekkah B. Bodoff, Esq. of Akerman LLP. The Court finds that counsel has provided good cause to justify granting Mr. Clark's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Notice of Disassociation (ECF No. 41) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Miles N. Clark, Esq. from the CM/ECF service list in this case.

DATED this 20th day of December, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge