LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Sommerset Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SOMMERSET HOMEOWNERS ASSOCIATION, ALESSI & KOENIG, LLC, LEODEGARIO D. SALVADOR D/B/A GDS FINANCIAL SERVICES,<br><br>Defendants. | CASE NO.: 2:16-cv-00571-APG-GWF<br><br>**SOMMERSET HOMEOWNERS ASSOCIATION'S MOTION TO REMOVE ATTORNEY DAVID A. MARKMAN FROM THE ELECTRONIC SERVICE LIST** |

Defendant, SOMMERSET HOMEOWNERS ASSOCIATION ("Sommerset"), by and through its counsel of record, LIPSON NEILSON, P.C., hereby provides notice that attorney David A. Markman, Esq., is no longer an associate with the law firm of Lipson Neilson, P.C.

LIPSON NEILSON, P.C., continues to serve as counsel for Sommerset in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove David A. Markman, Esq., from the electronic service list in this

\ \ \

\ \ \

action. All future correspondence, papers, and future notices should continue to be directed to J. William Ebert, Esq., and Karen Kao Esq.

DATED this 25th day July, 2018.

LIPSON NEILSON P.C.

By: _____/s/ Karen Kao_____
J. William Ebert, Esq. (Bar No. 2697)
Karen Kao, Esq. (Bar No. 14386)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
702-382-1500
*Attorneys for Defendant*
*Sommerset Homeowners Association*

## COURT APPROVAL

**IT IS SO ORDERED:**

**DATED:** July 26, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**