DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
*Email: william.habdas@akerman.com*

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br>vs.<br><br>SOMMERSET HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; LEODEGARIO D. SALVADOR D/B/A GDS FINANCIAL SERVICES,<br><br>Defendants, | Case No.: 2:16-cv-00571-APG-GWF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that Nationstar Mortgage LLC hereby provides notice that Karen A. Whelan is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

46736173;1

Akerman LLP continues to serve as counsel for Nationstar Mortgage, LLC All future correspondence, papers and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and William S. Habdas.

Respectfully submitted, this 18th day of October, 2018.

**AKERMAN LLP**

*/s/ William S. Habdas*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 10-19-2018

_____
UNITED STATES MAGISTRATE JUDGE

2

46736173;1