DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>                    Plaintiff,<br>vs.<br>SOMMERSET HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; LEODEGARIO D. SALVADOR D/B/A GDS FINANCIAL SERVICES,<br><br>                    Defendants. | Case No.: 2:16-cv-00571-APG-GWF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Nationstar Mortgage LLC hereby provides notice that Rebekkah B. Bodoff, Esq. is no longer associated with the law firm of Akerman LLP.

…

…

…

…

…

…

…

…

…

1

49465313;1

Akerman LLP continues to serve as counsel for Nationstar Mortgage, LLC All future correspondence, papers and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and William S. Habdas, Esq.

DATED this 23rd day of July, 2019.

**AKERMAN LLP**

/s/ *William S. Habdas*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: July 24, 2019

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:16-cv-00571-APG-GWF

2

49465313;1