UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOMMERSET HOMEOWNERS ASSOCIATION, *et al.*, <br><br> Defendants. | Case No. 2:16-cv-00571-APG-GWF <br><br> **ORDER** |

This matter is before the Court on Jenette E. McPherson, Esq's Motion to Remove Attorney from Electronic Service List and Mailing Service List (ECF No. 66) filed on July 26, 2019. Upon review and consideration and with good cause appearing therefor, the Court will grant Ms. McPherson's request to withdrawal as counsel.

**IT IS HEREBY ORDERED** that Jenette E. McPherson, Esq's as counsel for Shelley D. Krohn, Chapter 7 Trustee of the Alessi & Koenig Bankruptcy Estate Motion to Remove Attorney from Electronic Service List and Mailing Service List (ECF No. 66), is **granted**.

Dated this 26th day of July, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1