DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Nationstar Mortgage LLC and putative plaintiff U.S. Bank National Association, as Trustee for the holders of the Specialty Underwriting and Residential Finance Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-BC3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>SOMMERSET HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; LEODEGARIO D. SALVADOR D/B/A GDS FINANCIAL SERVICES,<br><br>Defendants. | Case No.: 2:16-cv-00571-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND NATIONSTAR MORTGAGE LLC'S DEADLINE TO RESPOND TO SOMMERSET HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS**<br><br>**(First Request)** |

Nationstar Mortgage LLC and Sommerset Homeowners Association stipulate as follows:

Sommerset Homeowners Association moved to dismiss Nationstar's wrongful foreclosure and breach of NRS 116 claims. (ECF No. 75.) Nationstar's deadline to respond to Sommerset's motion is December 31. *See* Local Rule 7-2(b). To allow Nationstar adequate time to respond to the arguments contained in Sommerset's motion and given the upcoming holidays and additional deadlines, Nationstar and Sommerset stipulate to extending Nationstar's deadlines to respond to Sommerset's by fourteen days or until **January 14, 2020**.

…

…

1

This is parties' first request for an extension of this deadline and is not being made for the purpose of delay.

Dated December 23, 2019.

| **AKERMAN LLP** | **LIPSON, NEILSON, P.C.** |
|---|---|
| */s/ William S. Habdas*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>WILLIAM S. HABDAS ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Nationstar Mortgage, LLC* | */s/ Amber Williams*<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>AMBER M. WILLIAMS, ESQ.<br>Nevada Bar No. 12301<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Sommerset Homeowners Association* |

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:16-cv-00571-APG-EJY

**DATED** 12/27/2019

2