UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOMMERSET HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; LEODEGARIO D. SALVADOR D/B/A GDS FINANCIAL SERVICES,<br><br>Defendants. | Case No. 2:16-CV-00571-APG-EJY<br><br>**ORDER** |

Before the Court is Nationstar Mortgage LLC's Motion to Substitute U.S. Bank, National Association, as Trustee for the Holders of the Specialty Underwriting and Residential Finance Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-BC3 as Plaintiff (ECF No. 77), to which no opposition was file. A review of Nationstar's Motion and good cause appearing,

IT IS HEREBY ORDERED that Nationstar Mortgage LLC's Motion to Substitute U.S. Bank, National Association, as Trustee for the Holders of the Specialty Underwriting and Residential Finance Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-BC3 as Plaintiff (ECF No. 77) is GRANTED and U.S. Bank National Association, as Trustee of the Holders of the Specialty Underwriting and Residential Finance Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-BC3 shall be substituted in as plaintiff for Nationstar Mortgage LLC.

DATED: March 13, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE