DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY WALKER, ESQ.
Nevada Bar No. 14295
Akerman LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  holly.walker@akerman.com

*Attorneys U.S. Bank National Association, as Trustee for the holders of the Specialty Underwriting and Residential Finance Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-BC3*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC3,<br><br>Plaintiff,<br><br>vs.<br><br>SOMMERSET HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; LEODEGARIO D. SALVADOR D/B/A GDS FINANCIAL SERVICES,<br><br>Defendants. | Case No.: 2:16-cv-00571-APG-EJY<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND PRO SE DEFENDANT LEODEGARIO D. SALVADOR D/B/A GDS FINANCIAL SERVICES' DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 87]** |

The court has reviewed plaintiff's motion to extend pro se defendant Leodegario D. Salvador d/b/a GDS Financial Services' (**GDS**) deadline to respond to plaintiff's motion for summary judgment (ECF No. 87), and finds there is good cause that it should be granted.

…

…

…

…

52830739;1

Therefore, it is hereby ORDERED that GDS's deadline to respond to plaintiff's motion for summary judgment is extended until May 18, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-00571-APG-EJY

DATED: 4/23/2020 _____

*Respectfully submitted:*

**AKERMAN LLP**

/s/ *Holly Walker*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for U.S. Bank National Association, as Trustee for the holders of the Specialty Underwriting and Residential Finance Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-BC3*

2

52830739;1