1   ARIEL E. STERN, ESQ.
    Nevada Bar No. 8276
2   HOLLY WALKER, ESQ.
    Nevada Bar No. 14295
3   AKERMAN LLP
    1635 Village Center Circle, Ste. 200
4   Las Vegas, Nevada 89134
    Telephone:  (702) 634-5000
5   Facsimile:  (702) 380-8572
    Email:  ariel.stern@akerman.com
6   Email:  holly.walker@akerman.com
7
    *Attorneys for U.S. Bank National*
8   *Association, as Trustee for the holders of the*
    *Specialty Underwriting and Residential*
9   *Finance Trust, Mortgage Loan Asset-Backed*
    *Certificates, Series 2006-BC3*
10

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

11                     **UNITED STATES DISTRICT COURT**

12                          **DISTRICT OF NEVADA**

13   U.S. BANK NATIONAL ASSOCIATION, AS      Case No.: 2:16-cv-00571-APG-EJY
     TRUSTEE FOR THE HOLDERS OF THE
14   SPECIALTY      UNDERWRITING      AND    **STIPULATION AND ORDER OF**
     RESIDENTIAL         FINANCE      TRUST,  **DISMISSAL WITH PREJUDICE**
15   MORTGAGE     LOAN     ASSET-BACKED
     CERTIFICATES SERIES 2006-BC3,
16
                    Plaintiff,
17
           vs.
18
     SOMMERSET HOMEOWNERS
19   ASSOCIATION; ALESSI & KOENIG, LLC;
     LEODEGARIO D. SALVADOR D/B/A GDS
20   FINANCIAL SERVICES,
21
                    Defendants.
22

23          In its order of July 16, 2020, this court directed the parties to confer on whether U.S. Bank was

24   properly substituted as a counterclaimant, and if so, whether it intends to pursue the only claim

25   remaining pending in this matter, the unjust enrichment counterclaim originally filed by Nationstar

26   Mortgage LLC against Leodegario Salvador d/b/a GDS Financial Services (**Salvador**) prior to U.S.

27   Bank being substituted as plaintiff. (ECF No. 101 at 7.)  The parties have met and conferred, and agree

28   that U.S. Bank did assume the counterclaim against Salvador, but that U.S. Bank does not intend to

54022506;1

pursue that claim.  Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismiss the unjust enrichment claim with prejudice.  The parties agree that this stipulation and order, once entered by the court, resolves all pending claims in this matter.

DATED this 11th day of August, 2020.

AKERMAN LLP

/s/ Holly E. Walker
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

Attorneys for U.S. Bank National Association,
as Trustee for the holders of the Specialty
Underwriting and Residential Finance Trust,
Mortgage Loan Asset-Backed Certificates,
Series 2006-BC3


LEODEGARIO D. SALVADOR D/B/A GDS
FINANCIAL SERVICES

/s/  Leodegario D. Salvador
LEODEGARIO D. SALVADOR
33-10 31ST Avenue
Astoria, NY 11106
Pro se

LIPSON NEILSON P.C.

/s/ Amber M. Williams
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

Attorneys for Sommerset Homeowners
Association


**IT IS SO ORDERED THIS** 11th day of August  _, **2020.**

_____
UNITED STATES DISTRICT COURT JUDGE

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

54022506;1